25po30001

# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| MI51 | E1007236 | Wagner, Z | 5430 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☒ State Code |
|---|---|
| 06/24/2024 16:12 | MCL 750.540e |

**Place of Offense**
2215 Fuller Rd. Ann Arbor MI. 48105

**Offense Description: Factual Basis for Charge** ☐ HAZMAT
Malicious use of service provided by telecommunications service provider

### DEFENDANT INFORMATION

| Phone: (725) 666-9600 |
|---|

| Last Name | First Name | M.I. |
|---|---|---|
| Korth | TJ | J |

Street Address: [redacted]

| City | State | Zip Code |
|---|---|---|
| Orlando | FL | 32810 |

| Drivers License No. | CDL ☐ | D.L. State | Social Security No. | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|---|
| [redacted] | | MI | [redacted] | [redacted]/1989 |

| ☒ Adult ☐ Juvenile | Sex ☒ Male ☐ Female | Hair | Eyes | Height | Weight |
|---|---|---|---|---|---|

**VEHICLE** ☐ CMV

| VIN | | | | | |
|---|---|---|---|---|---|
| Tag No. | State | Year | Make/Model | PASS ☐ | Color |

**A** ☒ **APPEARANCE IS REQUIRED**
If Box A is checked, you must appear in court. See instructions.

**B** ☐ **APPEARANCE IS OPTIONAL**
If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ **Total Collateral Due**

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
| | Time |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: Violator not present

Original - CVB Copy

*E1007236*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **June 24th**, 20**24** while exercising my duties as a law enforcement officer in the **Eastern** District of **Michigan**

Received a descriptive, behavior reporting system report from the work place violence prevention coordinator stating that the defendant told the call center employee that he was going to find her, hunt her down, and kill her. He contacted the call center employee who stated that she is used to speaking with agitated veterans and pretending but making death threats crossed the line and she felt intimidated.

The foregoing statement is based upon:
☒ my personal observation  ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **06/24/2024**    [signature]
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____    _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 09/25/2024 15:32
CVB SCAN 09/25/2024 15:32

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on July 9, 2024 while exercising my duties as a law enforcement officer in the Eastern District of Michigan

At approximately 1055 hours I received information from Police Dispatch that MR. TJ KORTH called the VA Hospital several times and made threats. MR. Korth Stated to Dispatch "Would you like for me to fucking Kill you?" "I don't know how to end his job and if you don't have the means to fucking Shoot him I have plenty and will take care of it myself." He called back a 3rd time and threatened to punch a doctor in his head.

ME KORTH is in violation of MCL 750.540 e Malicious use of service provided by telecommunications service provider.

The foregoing statement is based upon:

☒ my personal observation  ☒ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 07/09/2024   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____ Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 09/25/2024 15:32

---

## United States District Court
### Violation Notice (Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| MI51 | E1007257 | Oscar Garza | 4176 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION.**

Date and Time of Offense (mm/dd/yyyy): 07/09/2024 1050hrs
Offense Charged: ☐ CFR ☒ USC ☒ State Code: MCL 750.540 e
Place of Offense: 2215 Fuller Rd, Ann Arbor MI 48105 — VA Hospital
Offense Description: Factual Basis for Charge: MALICIOUS USE of Service provided by TELEcommunications service provider.

**DEFENDANT INFORMATION**
Phone: (125) 666-9600
Last Name: KORTH  First Name: TJ  M.I.: J
Street Address: 8518 Milano Drive Apt 2023
City: Orlando  State: FL  Zip: 32810
D.L. State: MI
Date of Birth: ██/██/1989
Sex: ☒ Male ☐ Female

**APPEARANCE IS REQUIRED**
A ☒ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.
Forfeiture Amount $ + $30 Processing Fee
Total Collateral Due $

YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

X Defendant Signature
Original - CVB Copy

*E1007257*

CVB SCAN 09/25/2024 15:32

STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on Mar 29, 20 24, while exercising my duties as a law enforcement officer in the Eastern District of Michigan

serious threats from employees that suspect wants could be transmit to "secret VA employees, local law enforcement, and Adams Blvd officials before had been actively wanted for making threatening comments in the past.

The foregoing statement is based upon:
☐ my personal observation   ☑ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 03/29/24   [Officer's Signature]
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____   _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;  PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;   CMV = Commercial vehicle involved in incident

CVB SCAN 04/16/2024 16:2

---

United States District Court
Violation Notice (Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| MIE51 | E1007307 | Cosswell | 5409 |

YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 03/29/2024 1630
Offense Charged: ☐ CFR  ☐ USC  ☑ State Code
MCL SEC 750.540e

Place of Offense: 2215 Fuller Rd, Ann Arbor, MI 48105

Offense Description: Factual Basis for Charge   HAZMAT ☐
Malicious use of service provided by telecommunications service provider

DEFENDANT INFORMATION
Last Name: Koeth
First Name: TJ
M.I.: J
Street Address: 38021 Second Dr.
City: Clinton Twp   State: MI   Zip Code: 48036
Drivers License No.: [redacted]   CDL ☐  D.L. State: MI
Date of Birth (mm/dd/yyyy): [redacted]/1989
Social Security No.: [redacted]
Sex: ☑ Male ☐ Female   Eyes: Haz   Hair: Brn   Height: 5'5"   Weight: 150   PASS ☐  Color: [redacted]
☑ Adult ☐ Juvenile

VEHICLE   VIN: _____   CMV ☐
Tag No.: _____   State: _____   Year: _____   Make/Model: _____

APPEARANCE IS REQUIRED   APPEARANCE IS OPTIONAL
A ☑ If Box A is checked, you must appear in court. See instructions.
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____   Forfeiture Amount
+ $30 Processing Fee
PAY THIS AMOUNT AT
www.cvb.uscourts.gov   $ _____   Total Collateral Due

YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)
Court Address: _____   Date: _____   Time: _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: L unavailable to sign
Original - CVB Copy

*E1007307*

CVB SCAN 04/16/2024 16:2